UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ANGELA GOEDDE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:25-cv-00099-MPB-CSW |
| | ) |
| WALMART, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION FOR LEAVE TO AMEND ANSWER**

Defendant, having moved this Court pursuant to Federal Rule of Civil Procedure 15(a) for leave to file an amended answer, and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that the *Motion for Leave to Amend Answer* (Dkt. 23) filed by Walmart, Inc. is **GRANTED** such that Walmart is granted leave to file the proposed Amended Answer.

**IT IS FURTHER ORDERED** that Walmart, Inc. shall file its Amended Answer within five (5) days of the date of this Order.

**SO ORDERED.**

Date: October 16, 2025

*[Signature: Crystal S. Wildeman]*
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Distributed electronically to ECF registered counsel of record.**